## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | :     Mag. No. 18-8189 |
| | : |
| v. | :     Hon. Leda Dunn Wettre |
| | : |
| JOSELITO COLINDRES and | : |
| NESTER ESTUARDO RUANO GUTIERREZ: | |

I, Special Agent Eben-ezer Figuereo, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Drug Enforcement Administration, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof:

Special Agent Eben-ezer Figuereo
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,
October 22, 2018 in Newark, New Jersey

HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## ATTACHMENT A

On or about October 21, 2018, in Morris County, in the District of New Jersey and elsewhere, defendants

### JOSELITO COLINDRES and
### NESTER ESTUARDO RUANO GUTIERREZ

did knowingly and intentionally conspire and agree with each other and with others to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

I, Eben-ezer Figuereo, am a Special Agent with the United States Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.    As part of an ongoing investigation, law enforcement learned that a drug trafficking organization ("DTO") was shipping narcotics via tractor trailer. On or about October 21, 2018, law enforcement learned that individuals, later identified as the defendants Joselito Colindres ("Colindres") and Nester Estuardo Ruano Gutierrez ("Gutierrez"), were driving a tractor trailer (the "Tractor Trailer") containing narcotics. In particular, law enforcement in Pittsburgh informed law enforcement in the New Jersey/New York area that they seized approximately 55 kilograms of a substance that appeared to be crystal methamphetamine and approximately 4 kilograms of a substance that appeared to be cocaine from individuals who had met with the Tractor Trailer earlier that same day.

2.    Later that same day, law enforcement observed the Tractor Trailer in New Jersey. While following the Tractor Trailer, the driver of the Tractor Trailer, Gutierrez, appeared to notice the presence of law enforcement and attempted to engage in counter-surveillance techniques. For example, while on the highway, Gutierrez would signal as if he was going to take an exit off the highway, but shortly before the exit he would remain on the highway. Gutierrez eventually exited the highway in or around Mount Arlington, New Jersey. Shortly thereafter, law enforcement conducted a vehicle stop of the Tractor Trailer.

3.    After law enforcement approached the Tractor Trailer and identified themselves as law enforcement, they asked for consent to search the Tractor Trailer. Gutierrez provided both oral and written consent to search the Tractor Trailer.

4.    During the search of the Tractor Trailer, law enforcement located two boxes in the cabin of the Tractor Trailer. One box contained approximately 13 kilograms of a substance that subsequently field tested positive for the presence of cocaine. The other box contained approximately 11 kilograms of a substance that subsequently field tested positive for presence of heroin.

5.    After both Colindres and Gutierrez were advised of their <u>Miranda</u> rights, they both separately agreed to speak with law enforcement.  During his interview with law enforcement Gutierrez admitted that he knew that the boxes contained narcotics.  Likewise, Colindres also admitted that he knew the boxes contained narcotics.